815 N.J. 953

IN THE MATTER OF MAURY R. WINKLER,
AN ATTORNEY AT LAW.

February 13, 2003.

## ORDER

The Disciplinary Review Board having filed with the Court its decision in DRB 02–308, concluding that **MAURY R. WINKLER** of **NEWARK**, who was admitted to the bar of this State in 1990, should be reprimanded for violating *RPC* 1.15(negligent misappropriation and commingling of funds), *RPC* 1.15(d), and *Rule* 1:21–6 (recordkeeping deficiencies), and good cause appearing;

It is ORDERED that **MAURY R. WINKLER** is hereby reprimanded; and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State; and it is further

ORDERED that respondent reimburse the Disciplinary Oversight Committee for appropriate administrative costs incurred in the prosecution of this matter.